Mark L. Javitch (CA #323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| YAZMIN GONZALEZ,<br>Plaintiff,<br><br>v.<br><br>ASPIRE LAW GROUP PLLC,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 3:25-cv-00505-LS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff YAZMIN GONZALEZ hereby voluntarily dismisses this action with prejudice. Settling non-party Norma Soto releases and waives, with prejudice, any claims arising from the allegations in the Complaint. Each side shall bear its own costs and attorneys' fee with prejudice, without prejudice to any claims of the putative class, and with each side bearing its own costs and attorney's fees. No opposing party has served an answer or a motion for summary judgment.

Dated: February 5, 2026

Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

Filed electronically with the United States District Court for the Western District of Texas CM/ECF system.

Notification was therefore automatically sent through the CM/ECF system to:

- United States District Court for the Western District of Texas
- All counsel of record registered on the electronic service list.

Date: February 5, 2026

By: /s/ Mark L. Javitch
Mark L. Javitch